UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**EBER SALGADO GUTIERREZ**
    **Petitioner,**

v.                                                  Case No. 14-C-0291

**PATRICIA M. NINMANN, Sheriff**
**of Dodge County**
    **Respondent.**

---

## ORDER

**IT IS ORDERED** that petitioner may file a reply to respondent's response to the order to show cause on or before April 30, 2014.

Dated at Milwaukee, Wisconsin, this 21st day of April 2014.

                                                  s/ Lynn Adelman
                                                  _____
                                                  LYNN ADELMAN
                                                  District Judge